**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 95-11085**
_____

**In The Matter Of: DAVID R. HAWKINS,**

**Debtor,**

**DAVID R. HAWKINS,**

**Appellant,**

**versus**

**CITY OF DALLAS, TEXAS,**

**Appellee.**

_____

**Appeal from the United States District Court**
**for the Northern District of Texas**
**(3:94-CV-2390-G)**
_____
**August 9, 1996**

Before DAVIS, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The court has considered appellant's position in light of

the briefs and pertinent portions of the record. Having done so,

this court finds no reversible error of fact or law and affirms

---

[*]     Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

essentially for the reasons stated by the bankruptcy and district courts.

AFFIRMED.